**Thurman Purcell STOKES, Plaintiff in Error,**

v.

**The STATE of Oklahoma, Defendant in Error.**

**No. A–14807.**

Court of Criminal Appeals of Oklahoma.

June 19, 1968.

ORDER OF DISMISSAL

NIX, Presiding Judge.

Plaintiff in Error, Thurman Purcell Stokes, on the 12th day of June, 1968, filed

in this Court an attempted appeal from the Order Revoking a previous Order Suspending Judgment and Sentence in Tulsa County District Court case no. 22,917.

In Burgett v. State, Okl.Cr.App., 362 P. 2d 975, this Court held that an order revoking an order suspending judgment and sentence is not a judgment and sentence within the meaning of our appeal statute, and therefore, is not reviewable on direct appeal.

In accordance with Burgett, supra, this attempted appeal is hereby dismissed [without prejudice to a subsequent filing of a habeas corpus proceeding] and the Clerk of this Court is directed to issue the mandate *forthwith*.